**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF SEPTEMBER 29, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
---------------------------------------------------------------
WD77295          **Kathleen Crisp vs. Jason Hartman, et al**
WD77326          **Consolidated with WD77295**
WD77658          **Demun Walker vs. State of Missouri**
WD77797          **Terry U. Birmingham vs. State of Missouri**
WD77801          **Renata Shearer vs. Union Pacific Railroad Company**
WD77802          **Sandra Stanton vs. State of Missouri**
WD77947          **James S. Cole vs. State of Missouri**
WD77972          **Linda Smothers and Greg Smothers vs. Rose M. Trugly**
WD78416          **Marq L. White vs. Missouri Department of Corrections**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
---------------------------------------------------------------
WD77634          **State of Missouri vs. Cynthia L. Walters**
WD77798          **State of Missouri vs. Samuel Nathaniel Allen**